## Leroy Donald NESBIT, Plaintiff–Appellee

v.

## Manika KEMP, Individually and in her official capacity, Defendant–Appellant.

### No. 11–60275

### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 4, 2011.

Richard Shane McLaughlin, McLaughlin Law Firm, Inc., Jim D. Waide, III, Esq., Waide & Associates, P.A., Tupelo, MS, for Plaintiff–Appellee.

Richard Jarrad Garner, Esq., Lindsey Nicole Oswalt, Esq., Adams & Reese, L.L.P., Ridgeland, MS, for Defendant–Appellant.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

The district court denied dismissal of Leroy Nesbit's complaint of discrimination, in violation of 42 U.S.C. § 1981, in response to Manika Kemp's qualified immunity defense. Because the record shows material fact issues, this court must dismiss for want of jurisdiction.

The district court's finding that fact issues are raised is supported by the testimony of the plaintiff. (Record pp. 331, 645). Dr. Kemp was the principal super-

vising Mr. Nesbit, a teacher. Nesbit testified that he was rudely interrupted in class, required to do more work, urged to resign, interfered with in his ability to teach, etc.—as other white teachers were treated but not the black teachers.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

